UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC KING,

        Plaintiff,

                              Case No. 11-10609
v.                            Honorable David M. Lawson

FERROUS PROCESSING AND TRADING
COMPANY, and INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,

        Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND DISMISSING COMPLAINT WITH PREJUDICE

    Presently before the Court is a report issued on August 16, 2012 by Magistrate Judge Michael J. Hluchaniuk pursuant to 28 U.S.C. § 636(b) recommending that this Court grant the defendants' motions for summary judgment. Although the magistrate judge's reports explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the reports and recommendations waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's reports releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

    Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #69] is **ADOPTED**.

It is further **ORDERED** that defendant Ferrous Processing and Trading Company's motion for summary judgment [dkt. #46] is **GRANTED**.

It is further **ORDERED** that defendant International Brotherhood of Teamsters's motion for summary judgment [dkt. #53] is **GRANTED**.

It is further **ORDERED** that the plaintiff's complaint **DISMISSED WITH PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: September 6, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 6, 2012.

s/Deborah R. Tofil
DEBORAH R. TOFIL

---